No. 2734.—HEIRS OF B. T. CHANEY v. DANIEL WILLIAMS, Adm'r.

The parish court is without jurisdiction *ratione materiæ* in a suit on a moneyed demand, where the amount involved is above five hundred dollars. 21 An. 478, 481.

Where a suit has been transferred from the district court to the parish court, and dismissed by the parish court for want of jurisdiction, and an appeal is taken therefrom, the judgment of the parish court will be reversed, and the cause remanded to the district court, to be proceeded with according to law.

APPEAL from the Parish Court of St. Helena. *George*, Parish Judge. *Cross & Hardee*, for plaintiff and appellee. *Muse & Carter*, for defendants and appellants.

HOWE, J. This action was brought in the district court of the parish of St. Helena to recover the sum of $3004 66, alleged to be due from the succession of Hiram Williams, deceased. Upon the exception and plea to the jurisdiction filed by defendant, the cause was, in April, 1869, transferred to the parish court of St. Helena and upon exceptions thereafter filed, was dismissed. The plaintiffs have appealed.

The parish court was without jurisdiction *ratione materiæ*. Swan v. Gayle, 21 An. 478; Swan v. Bry, 21 An. 481.

It is therefore ordered that the judgment appealed from be annulled and the cause remanded to the district court for the parish of St. Helena, there to be proceeded with according to law, the appellee to pay costs of appeal.